IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDON R. WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3157 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive payment of any fees and grant Plaintiff leave to proceed in forma pauperis.

IT IS ORDERED:

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of the Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

August 11, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge